**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
YURY GOKHBERG, DAVID JAFFE, ALIZA    :
OFIRA-OKANON, MARC SELIGMAN,         :
RONALD SOHAN, and KAREN FLANAGAN,    :
                                     :
          Plaintiffs,                :
                                     :    CIVIL ACTION
     v.                              :
                                     :    NO. 11-CV-1884
SOVEREIGN BANCORP, INC.,             :
SOVEREIGN BANK, BANCO                :
SANTANDER, S.A. and SANTANDER        :
HOLDINGS USA, INC.,                  :
                                     :
          Defendants.                :
```

**ORDER**

AND NOW, this  31st  day of    August    , 2011, upon consideration of Defendants' Motion to Compel Arbitration (ECF No. 2) and responses thereto (ECF Nos. 12, 16, 22, 24), it is hereby ORDERED that the Defendants' Motion is GRANTED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.